IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REBECCA SAPPINGTON**                                                                 **PLAINTIFF**

v.                              **Case No. 4:22-cv-00347-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Rebecca Sappington's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied.

It is so adjudged this 9th day of July, 2024.

*Kristine G. Baker*

Kristine G. Baker
Chief United States District Judge